# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ISLAM DUDAEV, | Case No. 5:26-cv-01442-KK-DFM |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ERNESTO SANTACRUZ JR. et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is **ACCEPTED**.
2. The Petition for Writ of Habeas Corpus is **GRANTED**.

///
///
///
///

3.    Respondents are **ENJOINED** from re-detaining Petitioner without providing him with a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Date: June 3, 2026

_____
KENLY KIYA KATO
United States District Judge

2