JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ISLAM DUDAEV,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR. et al.,<br><br>Respondents. | Case No. 5:26-cv-01442-KK-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Respondents are **ENJOINED** from re-detaining Petitioner without providing him with a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Date: June 3, 2026

_____
KENLY KIYA KATO
United States District Judge